**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WORLD FINANCIAL GROUP, INC., a Delaware corporation,<br><br>      Petitioner,<br><br>   vs.<br><br>ARTAK DALDUMYAN, an individual,<br><br>      Respondent. | CASE NO. CV 15-04855-AB (JEMx)<br><br>**[PROPOSED]** FINAL JUDGMENT<br>**[9 U.S.C. § 9]** |
| ARTAK DALDUMYAN, an individual,<br><br>      Cross-Petitioner,<br><br>   vs.<br><br>WORLD FINANCIAL GROUP, INC, a Delaware corporation,<br><br>      Cross-Respondent. | |

# [PROPOSED] FINAL JUDGMENT

On November 23, 2015, the Court granted the Unopposed Motion to Confirm Arbitration Award ("Motion") brought by Cross-Petitioner Artak Daldumyan ("Daldumyan"). The Court's Order confirmed the Final Award that issued in Daldumyan's favor against Cross-Respondent World Financial Group, Inc. ("WFG") in an underlying arbitration styled as *Artak Daldumyan v. World Financial Group, Inc.*, ICDR Case No. 50210300165. The arbitration panel's Final Award is attached hereto as Exhibit A, and is incorporated into, and is part of, this judgment. The Partial Final Award, which the arbitration panel incorporated into the Final Award by reference, is attached hereto as Exhibit B.

The Court, having confirmed the Final Award, hereby ORDERS AND ADJUDGES that Daldumyan shall recover from WFG the amount of $6,318,500.29 as of November 20, 2015, plus additional pre-judgment interest under the terms of the arbitration panel's Final Award equaling $1050.28 per day, which shall accrue from November 21, 2015 until the date of entry of this judgment, with post-judgment interest accruing thereafter at an annual rate of 0.49%, pursuant to 28 U.S.C. § 1961, until paid in full.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: November 23, 2015

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE